UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARTA LUCIA DE FEX a/k/a MARTA DE FEX and EUGENIO MONDACA-GASPARINI § § § §<br><br>Plaintiffs, § § §<br><br>vs. § § §<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, LOANCARE, LLC and JPMORGAN CHASE BANK, N.A. § § § § § §<br><br>Defendants. | CIVIL ACTION NO. 4:19-cv-00212<br>JURY |

## NOTICE OF SETTLEMENT

Plaintiffs Marta Lucia DeFex a/k/a Marta DeFex and Eugenio Mondaca-Gasparini and Defendants Federal National Mortgage Association, LoanCare LLC and JPMorgan Chase Bank, N.A., collectively the "Parties," hereby give notice that they have reached an agreement regarding terms to resolve the dispute raised by this suit. The Parties are in the process of drafting formal settlement documents and anticipate that consideration due under the settlement agreement will be exchanged by the end of May. The Parties' settlement contemplates filing a stipulation of dismissal, with prejudice, after the consideration is exchanged. The Parties would therefore request that the Court abate all deadlines in this case and set a deadline in early June for the parties to file dismissal pleadings.

Respectfully submitted,

       /s/ *Matthew W. Bourda*
ROBERT "CHIP" LANE
Texas Bar No. 2404626
chip.lane@lanelaw.com
MATTHEW W. BOURDA
Texas Bar No. 24091592
matt.bourda@lanelaw.com
**THE LANE LAW FIRM, P.L.L.C.**
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3300
(713) 595-8200 (Telephone)
(713) 595-8201 (Facsimile)

**ATTORNEY FOR PLAINTIFFS**


       /s/ *Marcie L. Schout*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEY FOR DEFENDANT JPMORGAN CHASE BANK, N.A.**

        /s/ *Reid S. Manley*
REID S. MANLEY
Texas Bar No. 24047520
**BURR & FORMAN, LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000 (Telephone)
(205) 458-5100 (Facsimile)
rmanley@burr.com

**ATTORNEY FOR DEFENDANTS
FEDERAL NATIONAL MORTGAGE
ASSOCIATION AND LOANCARE LLC**