**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARTA LUCIA DE FEX, *et al.,* | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-19-212 |
| | § | |
| FEDERAL NATIONAL | § | |
| MORTGAGE ASSOCIATION, *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiffs and defendants, the Court dismisses this case without prejudice to reinstatement of plaintiffs' claims if any party represents to the Court within thirty days from the date of this order that the settlement could not be completely documented.  The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on May 14, 2019.

_____
Gray H. Miller
Senior United States District Judge