UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARTA LUCIA DE FEX a/k/a<br>MARTA DE FEX and<br>EUGENIO MONDACA-GASPARINI<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br>LOANCARE, LLC and<br>JPMORGAN CHASE BANK, N.A.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:19-cv-00212<br>§ JURY<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Stipulation of Dismissal with Prejudice ("Stipulation") filed by Plaintiffs Marta Lucia DeFex a/k/a Marta DeFex and Eugenio Mondaca-Gasparini and Defendants Federal National Mortgage Association, LoanCare LLC and JPMorgan Chase Bank, N.A.. Having considered the Stipulation, the Court finds it well taken and makes and delivers the following ruling:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and causes of action which were or could have been asserted herein by Plaintiffs against Defendants are dismissed with prejudice, and Plaintiffs shall take nothing from Defendants. All costs are to be borne by the party incurring same.

SIGNED this 30 day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE